**Grover Dale FOSTER, Respondent,**

v.

**Patsy Louise FOSTER, Appellant.**

**No. WD 66262.**

Missouri Court of Appeals,
Western District.

Nov. 14, 2006.

Kenneth C. Hensley, Raymore, for Appellant.

Ralph Pratt, Independence, for Respondent.

Before HAROLD L. LOWENSTEIN, Presiding Judge, PAUL M. SPINDEN, Judge, and THOMAS H. NEWTON, Judge.

### ORDER

Patsy Louise Foster appeals the property division in the circuit court's judgment

dissolving her marriage to Grover Dale Foster. We affirm. Rule 84.16(b).